Opinion issued July 16, 2024



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00051-CV

_____

**ISAAC S. ACHOBE, Appellant**

**V.**

**NORTH MISSION GLEN HOMEOWNER ASSOCIATION INC., Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 19-DCV-269884**

---

## MEMORANDUM OPINION

On January 18, 2024, appellant Isaac S. Achobe, proceeding pro se, filed a notice of appeal from the trial court's January 20, 2022 final judgment.

We dismiss the appeal for lack of jurisdiction.

Absent a timely filed notice of appeal, we lack jurisdiction over an appeal. *See* TEX. R. APP. P. 25.1. Generally, a notice of appeal of a final judgment must be filed within thirty days after the entry of judgment. *See* TEX. R. APP. P. 26.1. Accordingly, in order to invoke this Court's appellate jurisdiction over the trial court's January 20, 2022 final judgment, appellant was required to file a notice of appeal on or before February 22, 2022. Appellant's January 18, 2024 notice of appeal was therefore not timely filed.

However, where a party timely files certain post-judgment motions, the deadline to file a notice of appeal is extended to ninety days after the entry of judgment. *See* TEX. R. APP. P. 26.1(a)(1). Post-judgment motions generally must be filed within thirty days after the judgment or other order complained of is signed. *See* TEX. R. CIV. P. 329b(a), (g).

The appellate record does not reflect that appellant filed any post-judgment motion with the trial court. Accordingly, appellant's January 18, 2024 notice of appeal was not timely filed to invoke the jurisdiction of this Court. *See* TEX. R. APP. P. 25.1(a)(1).

On May 30, 2024, the Clerk of this Court notified appellant that his notice of appeal from the trial court's January 20, 2022 final judgment was not timely filed. Appellant was directed to file a written response within ten days demonstrating, with citation to law and the record, that the Court had jurisdiction over the appeal. Despite

notice that the appeal was subject to dismissal, appellant did not adequately respond to the May 30, 2024 notice.

Accordingly, we dismiss the appeal for lack of jurisdiction.  *See* TEX. R. APP. P. 42.3(a), 43.2(f).  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.